UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RHEA,<br><br>　　　　　　Defendant. | Case No.  2:23-cv-00725-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE NOVEMBER 30, 2023 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 15<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

　　　　Plaintiff has filed a motion for an extension of time to file objections to the November 30, 2023 findings and recommendations.  ECF No. 15.  Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 15, is granted.

　　　　2. Plaintiff is granted thirty days from the date of this order to file objections to the November 30, 2023 findings and recommendations.

IT IS SO ORDERED.

Dated:   January 16, 2024  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE