UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RHEA,<br><br>　　　　　Defendant. | Case No.  2:23-cv-00725-KJM-JDP (PC)<br><br>**ORDER TO SHOW CAUSE** |

　　　　On April 30, 2024, the court dismissed plaintiff's first amended complaint with leave to amend and ordered that "[a]ny second amended complaint must be filed **within thirty days** of the day plaintiff receives a copy of this order."[1]  ECF No. 18.  To date, plaintiff has not filed a further amended complaint or otherwise responded.

　　　　To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer

---

[1] Reviewing the docket, there may be ambiguity as to the amended complaint on which plaintiff wishes to proceed.  Plaintiff may either file a third amended complaint or advise that he wishes for the court to screen his second amended complaint (filed February 8, 2024).

1

justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

     I will give plaintiff a chance to explain why the court should not dismiss the case based on his failure to file either an amended complaint or an advisement of his intent to stand by his second amended complaint.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint or advisement of his intent to stand by his second amended complaint.

IT IS SO ORDERED.

Dated:   July 18, 2024

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE