UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN, | Case No. 2:23-cv-0725-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| RHEA, | |
| Defendant. | |

Plaintiff has filed a motion seeking the return of his legal materials. ECF No. 29. He states that on December 16, 2024, ISU staff at California State Prison, Sacramento confiscated his property, including his legal materials. The staff who took plaintiff's materials are not, as best I can tell, parties to this case.[1] Thus, I will not grant plaintiff's motion. Plaintiff may, however, show this order to the appropriate officials at his institution and remind them that he is engaged in active litigation. Additionally, I will direct that a copy of this order be sent to the litigation coordinator at California State Prison, Sacramento.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for the return of his legal materials, ECF No. 29, is denied.

5. The Clerk of Court is directed to send a copy of this order to the litigation coordinator

---

[1] This action proceeds on plaintiff's First Amendment retaliation claim against defendant Rhea, a correctional officer at California Medical Facility.

at California State Prison, Sacramento.

IT IS SO ORDERED.

Dated:   March 3, 2025

/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2